United States District Court
Southern District of Texas
**ENTERED**
May 14, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Isaac Manuel Alvarado, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action H-18-3495 |
| § | |
| Lorie Davis, § | |
| Respondent. § | |

## Order of Adoption

On April 11, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that Isaac Manuel Alvarado's petition for writ of habeas corpus be dismissed with prejudice. (D.E. 22.) Alvarado filed objections (D.E. 23), which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed  05-13  2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge